■ BERNARD COOPER, Individually and as Guardian ad Litem of HARRIET COOPER, an Infant, Appellant, v. MEYER SHERMAN, Defendant, and SOPHIA SHERMAN et al., Respondents.— On the call of the calendar, appeal dismissed. There was no appearance for appellants, and appellants failed to comply with an order of this court, dated September 19, 1961, requiring them to

perfect the appeal for the November 1961 Term. Kleinfeld, Acting P. J., Christ, Hill, Rabin and Hopkins, JJ., concur.